

U.S. Department of Justice

United States Attorney
District of New Jersey
Civil Division

c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, New York 10278

tel: (212) 264-3650, x.226
fax: (212) 264-6372
karen.callahan@ssa.gov

Thursday, May 22, 2008

**Federal Express**

[ORDER]

RECEIVED
MAY 23 2008
Chambers of
Mary L. Cooper, U.S.D.J.

Honorable Mary L. Cooper
Judge, United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: Michael P. Butler v. Commissioner of Social Security
Civil Action No. 07-4473

Dear Hon. Cooper:

The undersigned Special Assistant United States Attorney writes to respectfully request *pro nunc* an extension until June 10, 2008, to file the Commissioner's response to plaintiff's Local Rule 9.1(a)(2) statement filed with this Court on May 3, 2008. According to your Honor's January 24, 2008 Scheduling Order, plaintiff's statement was due February 8, 2008, and the Commissioner's response was due March 8, 2008. Plaintiff, however, did not file his statement until May 3, 2008.

Thank you for your consideration of this request.

Very truly yours,

CHRISTOPHER J. CHRISTIE
United States Attorney

BY: *Karen T. Callahan*

Karen T. Callahan
Special Assistant U.S. Attorney

cc: Thomas H. Klein, Esq.
Smith & Klein
100 Broad Street
Eatontown, New Jersey 07724

SO ORDERED: *Mary L. Cooper*
MARY L. COOPER, U.S.D.J.

MAY 23, 2008